**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTHONY A. ADAMS,<br><br>Plaintiff<br><br>v.<br><br>TESLA GENERAL INSURANCE, INC., et al.,<br><br>Defendants | Case No.: 2:26-cv-02795-APG-DJA<br><br>**Order Accepting Report and Recommendation and Denying Motion for Leave to Proceed in Forma Pauperis**<br><br>[ECF Nos. 5, 6] |

On October 5, 2026, Magistrate Judge Albregts recommended that I deny plaintiff Anthony Adams' application to proceed in forma pauperis because Adams' income exceeds his expenses by over $3,000 per month. ECF No. 6. Judge Albregts also recommended that Adams be required to pay the full $405 filing fee to proceed with this case. Adams did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Albregts' report and recommendation **(ECF No. 6) is accepted**, and plaintiff Anthony Adams' application for leave to proceed in forma pauperis **(ECF No. 5) is DENIED**. Plaintiff Anthony Adams must pay the full $405 filing fee.

/ / / /

I FURTHER ORDER that failure to pay the filing fee by November 13, 2026 will result in this case being dismissed without prejudice.

DATED this 23rd day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE