**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTHONY A. ADAMS,<br><br>Plaintiff<br><br>v.<br><br>TESLA GENERAL INSURANCE, INC., et al.,<br><br>Defendants | Case No.: 2:26-cv-02795-APG-DJA<br><br>**Order Dismissing Case Without Prejudice** |

On October 23, 2026, I gave plaintiff Anthony Adams until November 13, 2026 to pay the filing fee or I would dismiss this case without prejudice. ECF No. 7. Adams did not pay the filing fee.

I THEREFORE ORDER that this case is dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 24th day of November, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE